In the Matter of the Probate of the Will of JOHN C. G. WOLTER, Deceased.

DAVID E. PEUGEOT, as Executor, et al., Respondents; HARVEY G. WOLTER, Appellant.

Argued October 11, 1943; decided November 24, 1943.

*Matthew A. Tiffany* for appellant.

*James A. Deckop, David E. Peugeot* (proponent-respondent in person) and *Joseph E. Conners* for respondents.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.